UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Athena Bachtel, ) | |
| ) | |
| ) | |
| Plaintiff(s) ) | |
| ) | Case No. 4:11cv01698 CAS |
| vs. ) | |
| ) | |
| Taser International, Inc., ) | |
| ) | |
| ) | |
| Defendant(s) ) | |

**ORDER**

The above styled and numbered case was filed on September 28, 2011 and randomly assigned to the Honorable Charles A. Shaw , United States District Judge.

After a review of the case, the Clerk's Office found that the case was opened incorrectly. The case should have been assigned to our Northern Division. Accordingly, the case has been transferred to our Northern Division and given Case No. 2:11cv00069 and randomly assigned to the Honorable Nannette A. Baker, United States Magistrate Judge.

Dated this 29th day of September, 2011.

JAMES G. WOODWARD
CLERK OF COURT

By: /s/ Karen Moore
Deputy Clerk

**Please note the new case number: 2:11cv00069 NAB.**