UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| ATHENA BACHTEL, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case #:  2:11cv-00069-JCH |
| | ) |
| TASER INTERNATIONAL, INC. | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(a)(3), notice is hereby given that Plaintiff, Athena Bachtel, respectfully appeals to the United States Court of Appeals for the Eighth Circuit from the Northern Division of the United States District Court of the Eastern District of Missouri all of the following:

1. The Court's final Judgment (Doc. #77) and Memorandum and Order (Doc. #76), both dated January 28, 2013; and

2. The Order dated December 5, 2012 (Doc #66) in which the Court ruled, inter alia, Plaintiff's expert witness, Dr. Zipes, would not be permitted to testify or offer expert opinions on the warnings (or lack thereof), product design defects, and pre-release testing (or lack thereof) of the TASER Model X26 ECD; and

3. The Order dated October 29, 2012 (Doc. #54) in which the Court ruled, inter alia, that Plaintiff would not be permitted to introduce testimony from a rebuttal expert witness designated by Plaintiff to rebut the testimony of one or more of Defendant's expert witnesses.

1

                          NELSON & NELSON
                          ATTORNEYS AT LAW, P.C.


                          */s/ David C. Nelson*
                          David C. Nelson    MBE # 46540
                          420 North High Street
                          P.O. Box Y
                          Belleville, IL  62222
                          618-277-4000  telephone
                          618-277-1136  facsimile
                          Email:  dnelson@nelsonlawpc.com


## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on February 25, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

THE RYALS LAW FIRM, P.C.
Stephen M. Ryals
3120 Locust Street
St. Louis, MO  63103
Phone (314) 862-6262
Fax (314) 880-2027
E-mail:  ryals@rblawstl.com

*Attorneys for Plaintiff Athena Bachtel*

Matthew J. Reh
Armstrong Teasdale, LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO  63105
Tele:   314-621-5070
Fax:    314-621-5065

Email:  mreh@armstrongteasdale.com

Renzulli Law Firm, LLP
John Renzulli
Christopher Renzulli
John Tait
81 Main Street, Suite 508
White Plains, New York 10601
Tele:  914-285-0700
Fax:   914-285-1213
Email:  jrenzulli@renzullilaw.com
        crenzulli@renzullilaw.com
        jtait@renzullilaw.com

Michael Brave
Isaiah Fields
Taser International, Inc.
17800 N. 85th Street
Scottsdale, AZ  85255
Tele: 651-248-2809 – M. Brave
Tele:  480-502-6280 – I. Fields
Fax:  480-905-2027
Email:  brave@laaw.com

                                                                       /s/ David C. Nelson